IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | CASE NO.: | 16-01779-JCO-13 |
| Dewain Legrone | DATE: | 10/31/2019 |
| Barbara Legrone | | |
| DEBTORS | DATE CONFIRMED: | 10/24/2016 |
| ATTORNEY: Stephen L. Klimjack LLC | DATE CLOSED: | 08/28/2019 |

## FINAL REPORT AND ACCOUNTING

I, Daniel B. O'Brien, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was DISMISSED AFTER CONFIRMATION.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $25,508.00

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| Capital One Auto Finance c/o AIS P | SECURED - PREF 1 | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One, N.A. | UNSECURED | $1,146.74 | 67.82 | $254.02 | $0.00 | $0.00 | $0.00 | $523.70 |
| Discover Bank | UNSECURED | $1,508.50 | 67.82 | $334.15 | $0.00 | $0.00 | $0.00 | $688.91 |
| Ditech Financial LLC | UNSECURED | $5,915.92 | 67.82 | $1,310.45 | $0.00 | $0.00 | $0.00 | $2,701.73 |
| Jefferson Capital Systems, LLC | UNSECURED | $10,264.19 | 67.82 | $2,273.63 | $0.00 | $0.00 | $0.00 | $4,687.54 |
| Jefferson Capital Systems, LLC | UNSECURED | $1,100.56 | 67.82 | $243.79 | $0.00 | $0.00 | $0.00 | $502.61 |
| Jefferson Capital Systems, LLC | UNSECURED | $2,386.21 | 67.82 | $528.57 | $0.00 | $0.00 | $0.00 | $1,089.76 |
| MEDSTAR EMERGENCY MEDIC | UNSECURED | $335.94 | 67.82 | $70.50 | $0.00 | $0.00 | $0.00 | $157.33 |
| Midland Credit Mgmt Inc/Midland F | UNSECURED | $3,998.01 | 67.82 | $885.61 | $0.00 | $0.00 | $0.00 | $1,825.84 |
| Midland Credit Mgmt Inc/Midland F | UNSECURED | $1,063.11 | 67.82 | $235.50 | $0.00 | $0.00 | $0.00 | $485.50 |
| Midland Credit Mgmt Inc/Midland F | UNSECURED | $791.07 | 67.82 | $175.23 | $0.00 | $0.00 | $0.00 | $361.27 |
| Quantum3 Group LLC as Agent for | UNSECURED | $587.50 | 67.82 | $130.14 | $0.00 | $0.00 | $0.00 | $268.30 |
| Southwest Stage Funding LLC | SECURED - PREF 1 | $15,000.00 | 100.00 | $9,434.69 | $1,187.64 | $0.00 | $0.00 | $5,660.78 |
| Springleaf Financial Services Of Ala | SECURED - PREF 1 | $4,000.00 | 100.00 | $2,918.97 | $286.65 | $0.00 | $0.00 | $1,099.30 |
| Springleaf Financial Services Of Ala | UNSECURED | $3,918.50 | 67.82 | $867.99 | $0.00 | $0.00 | $0.00 | $1,789.54 |
| Unsecured Creditors | UNSECURED | $0.00 | 67.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| PRIORITY | $0.00 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $12,353.66 |
| INTEREST | $1,474.29 |
| UNSECURED | $7,309.58 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $3,000.00 |
| TRUSTEE FEE: | $1,370.47 |
| REFUNDED TO DEBTOR: | $0.00 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $25,508.00 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Daniel B. O'Brien

Daniel B. O'Brien, Trustee